IN THE OREGON TAX COURT
REGULAR DIVISION
Property Tax

W. PENDARVIS GLOBAL LAND       )
CCD, LLC, ET AL.,                       )
                                        )
              Plaintiff,         )   **TC 5496**
      v.                        )
                                        )
DEPARTMENT OF REVENUE,      )
State of Oregon,                 )
                                        )
             Defendant.       )   **ORDER TO SHOW CAUSE**

       This matter is before the court on its own motion due to Plaintiff's failure to appear at a scheduled case management hearing.

       The court held an initial case management hearing on Monday, February 23, 2026, at 11:00 a.m. by remote means (Webex). Plaintiff's counsel, Michael J. Mangan, reported that he intended to leave the firm Vorys Sater Seymour and Pease LLP by the end of the week, and he requested 30 days' time to determine whether Plaintiff would continue to engage his services. Without objection, on the record, the court ordered a second case management hearing to be set 30 days hence and adjourned the hearing. A few minutes thereafter, court staff issued a Notice of Scheduled Court Proceeding setting the second case management hearing for March 27, 2026, at 11:00 a.m. Court records show that the notice was sent by email to each attorney of record, including to Mangan at mmangan@vorys.com at 11:14 a.m. on February 23, 2026. Court records indicate that the email was retrieved by counsel for Defendant but not by Mangan.

The notice of the March 27, 2026, hearing states that the hearing was to proceed by Webex using a link provided in the notice. The notice states:

"IF YOU DO NOT APPEAR, YOUR CASE MAY BE DISMISSED OR A DECISION MAY BE ENTERED AGAINST YOU"

Mangan failed to appear at the March 27, 2026, case management hearing. No other person appeared for Plaintiff. Two counsel for Defendant, as well as an employee of Defendant, joined before the 11:00 a.m. start time. At 11:05 a.m., the court commenced the hearing for the purpose of asking counsel for Defendant whether they had heard from Mangan. They reported that they had not. The court adjourned the hearing.

The court finds that Mangan remains the attorney of record for Plaintiff in this matter. The court has received no communication from Mangan, or any communication on behalf of Plaintiff, since the first case management hearing on February 23, 2026. Now, therefore,

IT IS ORDERED that Plaintiff will file a response to this order on or before April 6, 2026. If Plaintiff wishes to pursue this appeal, the response must explain why Plaintiff did not attend the March 27, 2026, case management hearing. If Plaintiff no longer wishes to pursue the appeal, Plaintiff is directed to file a notice of voluntary dismissal pursuant to Tax Court Rule (TCR) 54 A(1). If Plaintiff fails to respond to this order, the court will dismiss the complaint pursuant to TCR 54 B(1).

Dated this 27th day of March, 2026.

3/27/2026 2:27:45 PM

Judge Robert T. Manicke